JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GUARDIAN POOL FENCE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNWEST INDUSTRIES, INC. d/b/a ALL SAFE POOL SAFETY FENCES NETS AND COVERS, and d/b/a SUNWEST PRODUCTS, <br><br> Defendants. <br> ——————————————————— <br> SUNWEST INDUSTRIES, INC. d/b/a ALL SAFE POOL FENCE AND COVERS SAFETY FENCES NETS AND COVERS, <br><br> Counter-Claimant, <br><br> v. <br><br> GUARDIAN POOL FENCE SYSTEMS, INC., <br><br> Counter-Defendant. | Case No.: 8:16-CV-00824-DOC-JCG <br><br> JUDGMENT |

1

**1 2** Pursuant to the Court's ruling on the parties' cross motions for summary judgment (Dkt. 72), the Court enters judgment as follows:

**3 4 5** Judgment is entered in favor of Defendant as to Plaintiff's claims against Defendant. Judgment is entered in favor of Counter-Defendant as to Counter-Claimant's counterclaims against Counter-Defendant.

Dated: June 21, 2017

*/s/ David O. Carter*
HON. DAVID O. CARTER
United States District Judge